IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW ALWARD, : No. 3:24cv1773
:
        Plaintiff : (Judge Munley)
:
v. :
:
FEDERAL BUREAU OF PRISONS, :
*et al.*, :
:
        Defendants :

## ORDER

**AND NOW**, to wit, this 21st day of October 2024, upon preliminary review of plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The complaint (Doc. 1) is **DISMISSED** with prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court